Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail:rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff KENNETH BOULWARE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BOULWARE, | Case No. 2:11-CV-01737 CMK |
| Plaintiff, | STIPULATION TO EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including October 28, 2011, in which to file his Motion for Summary Judgment.

///
///
///
///
///
///

-1-

1 | This request is made at the request of Plaintiff's counsel to allow additional
2 | time to fully research the issued presented w.

3 | DATE: September 29, 2011                    Respectfully submitted,

4 | ROHLFING & KALAGIAN, LLP

5 | /s/ *Marc V. Kalagian*

6 | BY: _____
7 | Marc V. Kalagian
   | Attorney for plaintiff Kenneth Boulware

9 | DATE:  September 29, 2011
10 | BENJAMIN B. WAGNER
   | United States Attorney

13 | /s/ *Timothy R. Bolin**

14 | BY: _____
   | Timothy R. Bolin
15 | Special Assistant United States Attorney
   | Attorneys for defendant Michael Astrue
16 | |*authorized by e-mail|

17 | IT IS SO ORDERED

20 | DATE:  October 5, 2011           /s/ Craig M. Kellison
21 | _____
   | THE HONORABLE CRAIG M. KELLISON
22 | UNITED STATES MAGISTRATE JUDGE