Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Kenneth Boulware

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KENNETH BOULWARE, | Case No.: 2:11-CV-01737 CMK |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Kenneth Boulware ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: November 22, 2011              Respectfully submitted,

                                     ROHLFING & KALAGIAN, LLP

                                         /s/ *Marc V. Kalagian*
                                     BY:_____
                                     Marc V. Kalagian
                                     Attorney for plaintiff Kenneth Boulware

DATE: November 22, 2011
                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                         /s/ *Timothy R. Bolin*
                                     _____
                                     Timothy R. Bolin
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant Michael J. Astrue,
                                     Commissioner of Social Security
                                     (Per e-mail authorization)


IT IS SO ORDERED.

DATE:  December 1, 2011                    /s/  Craig M. Kellison
                                     _____
                                     THE HONORABLE CRAIG M. KELLISON
                                     UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:11-CV-01737 CMK**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 22, 2011.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff
_____